UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY OLIVIER, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:17-cv-01471 |
| | ) CHIEF JUDGE CRENSHAW |
| KIM MCMILLIAN, et al. | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending the Court grant all defendants' Unopposed Motions to Dismiss. (Doc. No. 25.) No timely objections have been filed. After de novo review, the Report and Recommendation is **ADOPTED**.

Accordingly, all defendants' Unopposed Motions to Dismiss (Doc. Nos. 20, 22) are **GRANTED**. The Complaint is **DISMISSED** as time-barred. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE